# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In Re

MARY A. GONZALES,

                (Debtor(s)                            No. 13-14-13662 JA

## REPORT TO THE COURT ON UNCLAIMED
## FUNDS DEPOSITED INTO THE COURT REGISTRY

COMES NOW the Trustee in Bankruptcy, Kelley L. Skehen, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $600.00 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the debtor(s) in the following amount(s):

| No. | Name & Address | Amount |
|-----|----------------|--------|
|  | Mary A. Gonzales<br>1416 South Oak St<br>Bernalillo, NM 87004 | $600.00 |

TOTAL $600.00

Respectfully submitted,

Electronically filed/Kelley L. Skehen/tk
Kelley L. Skehen
Chapter 13 Trustee
625 Silver SE, Suite 350
Albuquerque, NM 87102
(505) 243-1335 fax (505) 247-2709
orders@ch13n.com